(Rev. 5/05)

**FORM TO BE USED BY A PRISONER IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. §1983**

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

(1) _Bruce Waples_  _170369_
(Name of Plaintiff)    (Inmate Number)

_____
(Complete Address with zip code)

(2) _____
(Name of Plaintiff)    (Inmate Number)

_____
(Complete Address with zip code)

(Each named party must be listed, and all names
must be printed or typed. Use additional sheets if needed)

06 - 742

(Case Number)
( to be assigned by U.S. District Court)

vs.

(1) _Micheal Megee_
(2) _LT Millman_
(3) _Robert George_
(Names of Defendants)

(Each named party must be listed, and all names
must be printed or typed. Use additional sheets if needed)

**CIVIL COMPLAINT**

Jury Trial Requested

FILED
DEC - 6 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

I.  **PREVIOUS LAWSUITS**

A.  If you have filed any other lawsuits in federal court while a prisoner, please list the caption and case number including year, as well as the name of the judicial officer to whom it was assigned:

_Case Number: 1:06-cv-657_
_Judicial officer - Gregory M Sleet_
_Filed on 11-1-06_

II. **EXHAUSTION OF ADMINISTRATIVE REMEDIES**

In order to proceed in federal court, you must fully exhaust any available administrative remedies as to each ground on which you request action.

A. Is there a prisoner grievance procedure available at your present institution? (•Yes)• •No

B. Have you fully exhausted your available administrative remedies regarding each of your present claims? (•Yes)• •No

C. If your answer to "B" is Yes:

1. What steps did you take? I Bruce Waples filed A Grievance

2. What was the result? NONE

D. If your answer to "B" is No, explain why not: _____

III. **DEFENDANTS** (in order listed on the caption)

(1) Name of first defendant: Micheal Mcgee
Employed as Correction officer at SCCC
Mailing address with zip code: SCCC, SVOP, 23207 Dupont Blvd Georgetown De 19947

(2) Name of second defendant: LT. Millmann
Employed as Correction officer at SCCC
Mailing address with zip code: SCCC, SVOP, 23207 Dupont Blvd Georgetown De 19947

(3) Name of third defendant: Robert George
Employed as Warden at SCCC
Mailing address with zip code: SCCC, SVOP, 23207 Dupont Blvd Georgetown De 19947

(List any additional defendants, their employment, and addresses with zip codes, on extra sheets if necessary)

2

## IV. STATEMENT OF CLAIM

(State as briefly as possible the facts of your case. Describe how each defendant is involved, including dates and places. Do not give any legal arguments or cite any cases or statutes. Attach no more than three extra sheets of paper if necessary.)

1. On Oct 30, 06 I Bruce Waples was Capstunned by Correction officer Micheal Mcgee immediately after he capstunned me he attacked me Note: video taped (Assult 2)

2. On Oct 30, 06 at SCCC Also Capstunned by Lt Millman And she to immediately attacked me (Assult 2)

3. On Oct 30, 06 at SCCC Warden George reviewed the tape. No Action was taken toward he's staff (Conspiracy)

## V. RELIEF

(State briefly exactly what you want the Court to do for you. Make no legal arguments. Cite no cases or statutes.)

1. I would like to be compensated for my pain and suffering (50,000) To have Micheal Mcgee brought before the Court

3

2. To have Lt Millman brought before the courts

3. To have Warden Robert George brought before the courts

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 22 day of November, 2006.

_____
(Signature of Plaintiff 1)

_____
(Signature of Plaintiff 2)

_____
(Signature of Plaintiff 3)

Bruce Waples
I/M: [redacted] BLDG. HusPT  SBI #170369
SUSSEX CORRECTIONAL INSTITUTION
P.O. BOX 500
GEORGETOWN, DELAWARE 19947

U.S. POSTAGE PB 2230370
$00.63  DEC 04 06
19947

Office of the Clerk
United States District Court
844 N King Street Lock Box 18
Wilmington, Delaware 19801-3570