IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BRUCE L. WAPLES, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. No. 06-742-GMS |
| | ) |
| MICHAEL MEGEE, et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER**

WHEREAS, the plaintiff, Bruce L. Waples ("Waples"), filed a civil rights action pursuant to 42 U.S.C. § 1983 without prepayment of the filing fee;

WHEREAS, on February 8, 2007, the court entered an order denying Waples's motion for leave to proceed *in forma pauperis* because Waples had three prior suits dismissed as frivolous or for failure to state a claim upon which relief may be granted, and the instant complaint does not allege an imminent threat of physical injury (D.I. 4);

WHEREAS, Waples was given thirty (30) days from the date of the order to pay the $350.00 filing fee;

WHEREAS, to date, payment has not been received from Waples;

THEREFORE, at Wilmington this 22nd day of March, 2007, IT IS HEREBY ORDERED that Bruce L. Waples' complaint is DISMISSED WITHOUT PREJUDICE.

UNITED STATES DISTRICT JUDGE

FILED

MAR 2 2 2007

U.S. DISTRICT COURT
DISTRICT OF DELAWARE